UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re

ANMUTH HOLDINGS LLC,

                      Alleged Debtor.
-----------------------------------------------------------x
In re

QUEST FUNDING LLC,

                      Alleged Debtor.
-----------------------------------------------------------x

Chapter 7 (Involuntary)

Case No. 18-43216-CEC

Chapter 7 (Involuntary)

Case No. 18-43272-CEC

## JUDGMENT

UPON the order directing entry of judgment against Sam Sprei, Abraham Leser, and Chaim Miller, it is

**ORDERED, ADJUDGED, AND DECREED**, that the Alleged Debtors, Anmuth Holdings LLC and Quest Funding LLC, are awarded judgment against Sam Sprei, Abraham Leser, and Chaim Miller, in the amount of $721,411.47, which shall accrue post judgment interest until satisfied, and for which Sam Sprei, Abraham Leser, and Chaim Miller are jointly and severally liable.



**Dated: Brooklyn, New York**
        **March 27, 2019**

_____
      **Carla E. Craig**
**United States Bankruptcy Judge**