UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

## ABSTRACT OF JUDGMENT

Case No.(s): 1-18-43216-cec
1-18-43272-cec

| **Names of Parties against whom Judgments have been obtained** | **Names of Parties in whose favor Judgments have been obtained** |
|---|---|
| Sam Sprei<br>4203 13th Avenue<br>Brooklyn, NY 11219<br><br>Abraham Lesser<br>1481 47th Street<br>Brooklyn, NY 11219<br><br>Chaim Miller<br>1324 47th Street<br>Brooklyn, NY 11219 | Amnmuth Holdings LLC<br>390 Berry Street<br>Suite 200<br>Brooklyn, NY 11249<br><br>Quest Funding LLC<br>1379 45th St<br>Apt 1C<br>Brooklyn, NY 11219 |

| **Amount of Judgment** | **Names of Attorneys** | **When Docketed** |
|---|---|---|
| $721,411.47, which shall accrue post judgment interest until satisfied, and for which Sam Sprei, Abhraham Lesser, and Chaim Miller are jointly and severally liable. | Attorneys for Alleged Debtors:<br>Hanh Huynh<br>Rubin LLC<br>345 Seventh Avenue, 21st Floor<br>New York, NY 10001<br><br>Paul A Rubin<br>Rubin LLC<br>345 Seventh Avenue<br>New York, NY 10001<br><br>Attorneys for Petitioning Creditors:<br>Michael Z Brownstein<br>Tarter Krinsky & Drogin LLP<br>1350 Broadway<br>11th Floor<br>New York, NY 10018<br><br>Scott Markowitz<br>Tarter Krinsky & Drogin LLP<br>1350 Broadway<br>11th Floor<br>New York, NY 10018<br><br>Douglas J Pick<br>Pick & Zabicki LLP<br>369 Lexington Avenue<br>12th Floor<br>New York, NY 10017 | March 27, 2019 |

**I CERTIFY, that the foregoing is a correct Abstract of the Judgment.**

**Dated: Brooklyn, New York**
         **March 28, 2019**

                                       **ROBERT A. GAVIN, JR.**
                                       **Clerk of Court**


                                       By:  s/ V. Belizario
USBC-34                                **Deputy Clerk**

*[Rev. 9/27/07]*